BRAD D. KRASNOFF, TRUSTEE
Los Angeles, CA 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735
BDKTrustee@danninggill.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| American Sport Trailer Company, Inc. | § | Case No. 2:18-bk-11617-BR |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Brad D. Krasnoff, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 151,755.42 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 4,381.56 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 13,639.79 | |

3) Total gross receipts of $18,021.35 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $18,021.35 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $576,537.15 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 13,639.79 | 13,639.79 | 13,639.79 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 129.37 | 10,159.81 | 10,159.81 | 4,381.56 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,276,351.85 | 842,487.57 | 842,487.57 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,853,018.37 | $866,287.17 | $866,287.17 | $18,021.35 |

4)  This case was originally filed under chapter 7 on 02/14/2018.  The case was pending for 38 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/22/2021            By:/s/Brad D. Krasnoff
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2011 Chrysler 300 sedan | 1129-000 | 8,000.00 |
| 2015 Ford F-150 Super Duty truck | 1129-000 | 9,711.75 |
| INSURANCE PREMIUM REFUND | 1229-000 | 309.60 |
| TOTAL GROSS RECEIPTS | | $18,021.35 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Banner Bank | | 141,916.02 | NA | NA | 0.00 |
| | Banner Bank | | 346,979.21 | NA | NA | 0.00 |
| | Carmax Auto Finance | | 1,755.62 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FC Marketplace, LLC | | 69,712.56 | NA | NA | 0.00 |
| | Ford Credit | | 16,173.74 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $576,537.15 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Brad D. Krasnoff | 2100-000 | NA | 2,552.14 | 2,552.14 | 2,552.14 |
| Brad D. Krasnoff | 2200-000 | NA | 413.82 | 413.82 | 413.82 |
| International Sureties LTD | 2300-000 | NA | 19.54 | 19.54 | 19.54 |
| Union Bank | 2600-000 | NA | 246.35 | 246.35 | 246.35 |
| Franchise Tax Board | 2820-000 | NA | 3,797.47 | 3,797.47 | 3,797.47 |
| Grobstein Teeple LLP | 3410-000 | NA | 6,554.00 | 6,554.00 | 6,554.00 |
| Grobstein Teeple LLP | 3420-000 | NA | 56.47 | 56.47 | 56.47 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $NA | $13,639.79 | $13,639.79 | $13,639.79 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alfredo Quiroz | | 0.00 | NA | NA | 0.00 |
| | Arizona Dept. of Economic Security | | 0.00 | NA | NA | 0.00 |
| | Bethany Cardenas | | 0.00 | NA | NA | 0.00 |
| | Cesar Hernandez | | 0.00 | NA | NA | 0.00 |
| | City of Azusa Business Licensing Division | | 0.00 | NA | NA | 0.00 |
| | City of Tigard | | 129.37 | NA | NA | 0.00 |
| | Clint Gleason | | 0.00 | NA | NA | 0.00 |
| | Craig M. Brunton | | 0.00 | NA | NA | 0.00 |
| | Gina M. Scovel | | 0.00 | NA | NA | 0.00 |
| | Guadalupe Sanchez | | 0.00 | NA | NA | 0.00 |
| | Haroon M. Chaudhry | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hegna Gutierrez Casteneda | | 0.00 | NA | NA | 0.00 |
| | IndeCorp LLC | | 0.00 | NA | NA | 0.00 |
| | Jason Villalobos | | 0.00 | NA | NA | 0.00 |
| | Jeffrey L. Martin | | 0.00 | NA | NA | 0.00 |
| | John D. Nelson | | 0.00 | NA | NA | 0.00 |
| | Jose Soto Perez | | 0.00 | NA | NA | 0.00 |
| | Kenneth G. Foreman | | 0.00 | NA | NA | 0.00 |
| | Kevin McDonald | | 0.00 | NA | NA | 0.00 |
| | Kevin Wishek | | 0.00 | NA | NA | 0.00 |
| | Liane E. Reid | | 0.00 | NA | NA | 0.00 |
| | Luciano Quiroz | | 0.00 | NA | NA | 0.00 |
| | Maria C. Licata | | 0.00 | NA | NA | 0.00 |
| | Melissa Mills | | 0.00 | NA | NA | 0.00 |
| | Patti J. Foreman | | 0.00 | NA | NA | 0.00 |
| | Robert Gudino | | 0.00 | NA | NA | 0.00 |
| | Roxana Rodriguez | | 0.00 | NA | NA | 0.00 |
| | Sarah Gleason | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Shana L. McDonald | | 0.00 | NA | NA | 0.00 |
| | State Board Of Equalization | | 0.00 | NA | NA | 0.00 |
| | Stephen B. Wishek | | 0.00 | NA | NA | 0.00 |
| | Stephen B. Wishek, Jr. | | 0.00 | NA | NA | 0.00 |
| | Steven Samuel Hager | | 0.00 | NA | NA | 0.00 |
| | Truman R. Walker | | 0.00 | NA | NA | 0.00 |
| | Virginia Wishek | | 0.00 | NA | NA | 0.00 |
| | Washington County Asssessment and Taxation Dept. | | 0.00 | NA | NA | 0.00 |
| 24 | Employment Development Department | 5300-000 | 0.00 | 7,459.81 | 7,459.81 | 3,217.15 |
| 27A | Franchise Tax Board | 5800-000 | NA | 2,400.00 | 2,400.00 | 1,035.03 |
| 6 | ODR Bkcy | 5800-000 | 0.00 | 300.00 | 300.00 | 129.38 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $129.37 | $10,159.81 | $10,159.81 | $4,381.56 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 3dcart | | 499.95 | NA | NA | 0.00 |
| | Adco Products Inc. | | 0.00 | NA | NA | 0.00 |
| | Adesa Northwest | | 0.00 | NA | NA | 0.00 |
| | AIMS Power | | 208.38 | NA | NA | 0.00 |
| | Alde Corp. | | 30.53 | NA | NA | 0.00 |
| | All Valley Hose | | 397.44 | NA | NA | 0.00 |
| | Amazon.com | | 900.00 | NA | NA | 0.00 |
| | American Bolt and Screw | | 550.24 | NA | NA | 0.00 |
| | American Pallets Solutions, Inc. | | 102.19 | NA | NA | 0.00 |
| | Anthem Blue Cross | | 0.00 | NA | NA | 0.00 |
| | AP Products | | 31.80 | NA | NA | 0.00 |
| | Appeagle | | 0.00 | NA | NA | 0.00 |
| | Arterra Distribution | | 7,872.77 | NA | NA | 0.00 |
| | Austin Frentz Enterprises | | 30.00 | NA | NA | 0.00 |
| | Azusa Light and Water | | 520.72 | NA | NA | 0.00 |
| | Bandwidth.com | | 1,034.39 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America | | 50,591.55 | NA | NA | 0.00 |
| | Banner Bank | | 32.76 | NA | NA | 0.00 |
| | BNS | | 0.00 | NA | NA | 0.00 |
| | Broadband LLC | | 915.84 | NA | NA | 0.00 |
| | Caitlin Specialty Insurance Company | | 0.00 | NA | NA | 0.00 |
| | Camco Manufacturing, Inc. | | 0.00 | NA | NA | 0.00 |
| | Camera Source | | 0.00 | NA | NA | 0.00 |
| | Carefree of Colorado | | 2,378.37 | NA | NA | 0.00 |
| | CED | | 273.65 | NA | NA | 0.00 |
| | Cequent Performance Products | | 10,136.47 | NA | NA | 0.00 |
| | Charter Communications | | 263.82 | NA | NA | 0.00 |
| | Chase | | 38,012.58 | NA | NA | 0.00 |
| | Citi | | 0.00 | NA | NA | 0.00 |
| | Classic Accessories | | 148.72 | NA | NA | 0.00 |
| | Comcast | | 174.73 | NA | NA | 0.00 |
| | Curt Manufacturing | | 1,222.43 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | De Lage Landen | | 1,466.61 | NA | NA | 0.00 |
| | Department Of Motor Vehicles | | 251.00 | NA | NA | 0.00 |
| | Dusty Cobb | | 0.00 | NA | NA | 0.00 |
| | E.R.S. Security Alarm System Inc. | | 296.55 | NA | NA | 0.00 |
| | East Penn Manufacturing | | 0.00 | NA | NA | 0.00 |
| | eBay | | 1,258.84 | NA | NA | 0.00 |
| | FedEx Freight | | 435.08 | NA | NA | 0.00 |
| | First Data | | 0.00 | NA | NA | 0.00 |
| | First Insurance Funding Corp. | | 0.00 | NA | NA | 0.00 |
| | Flag Pole Buddy | | 10.00 | NA | NA | 0.00 |
| | Flight Systems, Inc. | | 225.00 | NA | NA | 0.00 |
| | Four Wheel Campers | | 0.00 | NA | NA | 0.00 |
| | GoDataFeed | | 0.00 | NA | NA | 0.00 |
| | Golden State Overnight Delivery | | 145.94 | NA | NA | 0.00 |
| | Health Net | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hollywood Delivery Service | | 3,067.47 | NA | NA | 0.00 |
| | Honda Power Equipment | | 17.24 | NA | NA | 0.00 |
| | Honolulu Freight Service | | 0.00 | NA | NA | 0.00 |
| | Inca Plastics Molding Co., Inc. | | 0.00 | NA | NA | 0.00 |
| | Inland Paper Company | | 2,615.95 | NA | NA | 0.00 |
| | JR Products, Inc. | | 8,953.94 | NA | NA | 0.00 |
| | Kittrich Corporation | | 0.00 | NA | NA | 0.00 |
| | Laurelhurst Distributors | | 60,984.69 | NA | NA | 0.00 |
| | Lee Jennings Target Express | | 942.13 | NA | NA | 0.00 |
| | Leisure Time Sales and Marketing | | 1,122.69 | NA | NA | 0.00 |
| | Liberty Mutual Insurance | | 849.92 | NA | NA | 0.00 |
| | Lifeline Batteries | | 2,128.28 | NA | NA | 0.00 |
| | Little Guy Worldwide | | 0.00 | NA | NA | 0.00 |
| | Livin' Lite, Inc. | | 3,068.31 | NA | NA | 0.00 |
| | Marshall Excelisor | | 6.37 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Maximum Quality Metal Products | | 915.40 | NA | NA | 0.00 |
| | Mercury Casualty Company | | 479.46 | NA | NA | 0.00 |
| | Ming's Mark Inc. | | 0.82 | NA | NA | 0.00 |
| | National RV Supply | | 0.00 | NA | NA | 0.00 |
| | Nestle Pure Life Direct | | 499.00 | NA | NA | 0.00 |
| | Next Wave LED | | 0.35 | NA | NA | 0.00 |
| | NFP Property & Casualty Ins. Serv. | | 0.00 | NA | NA | 0.00 |
| | Nordic Cooling Units | | 1,129.00 | NA | NA | 0.00 |
| | Norlift of Oregon | | 138.94 | NA | NA | 0.00 |
| | Northpoint Commercial Finance | | 65,910.00 | NA | NA | 0.00 |
| | Northwest Battery Supply | | 2,275.85 | NA | NA | 0.00 |
| | nüCamp RV | | 0.00 | NA | NA | 0.00 |
| | NW Natural | | 0.00 | NA | NA | 0.00 |
| | OnTrac | | 1,591.18 | NA | NA | 0.00 |
| | Oxygenics | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pace International | | 0.00 | NA | NA | 0.00 |
| | PahaQue | | 1,103.30 | NA | NA | 0.00 |
| | Palomino Recreational Vehicles | | 195.98 | NA | NA | 0.00 |
| | Paul Pettijohn | | 4,100.00 | NA | NA | 0.00 |
| | PayPal | | 0.00 | NA | NA | 0.00 |
| | Pentair Flow Technologies LLC | | 6,009.21 | NA | NA | 0.00 |
| | Peterson Manufacturing | | 458.83 | NA | NA | 0.00 |
| | Phillips Electronics | | 78.00 | NA | NA | 0.00 |
| | Pleasant Valley Teardrop Trailers | | 1,492.13 | NA | NA | 0.00 |
| | PowerMax Converters | | 275.00 | NA | NA | 0.00 |
| | Powerstride Battery | | 0.00 | NA | NA | 0.00 |
| | Prest O Fit | | 0.00 | NA | NA | 0.00 |
| | PrideStaff | | 5,388.89 | NA | NA | 0.00 |
| | Principal Life Insurance Co. | | 1,865.01 | NA | NA | 0.00 |
| | Priority 1, Inc. | | 5,781.34 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Progressive Dynamics Inc. | | 4,930.16 | NA | NA | 0.00 |
| | Rear View Safety Inc. | | 54.00 | NA | NA | 0.00 |
| | Redneck Trailer Supplies | | 343.10 | NA | NA | 0.00 |
| | Richard Flood | | 0.00 | NA | NA | 0.00 |
| | Roadmaster Inc. | | 611.69 | NA | NA | 0.00 |
| | Safe Glow Whips | | 0.00 | NA | NA | 0.00 |
| | Safety Step | | 0.00 | NA | NA | 0.00 |
| | Schwalm, Inc. | | 3,022.63 | NA | NA | 0.00 |
| | Screwmatic Inc. | | 3,000.00 | NA | NA | 0.00 |
| | Side by Side, LLC | | 51,870.00 | NA | NA | 0.00 |
| | Specialty Recreation | | 0.00 | NA | NA | 0.00 |
| | Stephen B. Wishek | | 89,413.80 | NA | NA | 0.00 |
| | TankTechs Rx | | 4,154.16 | NA | NA | 0.00 |
| | Teardrop Shop LLC | | 660.23 | NA | NA | 0.00 |
| | The Hartford | | 0.00 | NA | NA | 0.00 |
| | TITAN Fuel Tanks | | 0.00 | NA | NA | 0.00 |
| | Torklift International | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Trader Interactive | | 2,020.00 | NA | NA | 0.00 |
| | Transfer Flow Inc. | | 0.00 | NA | NA | 0.00 |
| | Uline | | 396.91 | NA | NA | 0.00 |
| | Ultra-Fab Products, Inc. | | 3,536.35 | NA | NA | 0.00 |
| | United Parcel Service | | 3,798.84 | NA | NA | 0.00 |
| | United Shade | | 0.00 | NA | NA | 0.00 |
| | UPS Mail Innovations | | 668.21 | NA | NA | 0.00 |
| | UPS Supply Chain Solutions | | 0.00 | NA | NA | 0.00 |
| | Urethane Foam Options, Inc. | | 650.00 | NA | NA | 0.00 |
| | Valterra Products, LLC | | 891.21 | NA | NA | 0.00 |
| | Vectus | | 598.00 | NA | NA | 0.00 |
| | Verizon Wireless | | 537.15 | NA | NA | 0.00 |
| | Voltec Power & Lighting | | 0.00 | NA | NA | 0.00 |
| | Walex | | 0.00 | NA | NA | 0.00 |
| | Watts/Seatech | | 435.00 | NA | NA | 0.00 |
| | Wesco Distribution | | 441.00 | NA | NA | 0.00 |
| | Westland Sales | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Winegard | | 0.00 | NA | NA | 0.00 |
| | Wiper Technologies | | 0.00 | NA | NA | 0.00 |
| | Wirthco Engineering, Inc. | | 1,403.05 | NA | NA | 0.00 |
| | Wiser Solutions, Inc. | | 0.00 | NA | NA | 0.00 |
| | Wishek Family Trust | | 9,276.68 | NA | NA | 0.00 |
| | Zamp Solar | | 4,208.00 | NA | NA | 0.00 |
| 22 | American Express National Bank | 7100-000 | 27,289.90 | 27,289.90 | 27,289.90 | 0.00 |
| 16 | Amtrust North America, Inc. On Behalf Of | 7100-000 | NA | 417.00 | 417.00 | 0.00 |
| 17 | Amtrust North America, Inc. On Behalf Of | 7100-000 | 0.00 | 6,985.00 | 6,985.00 | 0.00 |
| 14 | Dicor Corporation | 7100-000 | 4,102.72 | 4,102.72 | 4,102.72 | 0.00 |
| 21 | Dinosaur Electronics Inc. | 7100-000 | 3,764.00 | 3,764.00 | 3,764.00 | 0.00 |
| 8 | Dometic Corp | 7100-000 | 317,807.04 | 317,059.55 | 317,059.55 | 0.00 |
| 7 | FC Marketplace, LLC Servicer For NB Pep Holdings | 7100-000 | 69,674.79 | 69,674.79 | 69,674.79 | 0.00 |
| 23 | Frontier Communications | 7100-000 | 0.00 | 502.01 | 502.01 | 0.00 |
| 9 | Internal Revenue Service | 7100-000 | NA | 0.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Lippert Components, Inc. - Attn: Jim Montague | 7100-000 | 94,229.48 | 96,872.95 | 96,872.95 | 0.00 |
| 31 | Los Angeles County Treasurer | 7100-000 | NA | 248.48 | 248.48 | 0.00 |
| 10 | MC Enterprises | 7100-000 | 341.20 | 341.20 | 341.20 | 0.00 |
| 19 | Meyer Distributing | 7100-000 | 22,500.53 | 22,500.53 | 22,500.53 | 0.00 |
| 1 | Mti Industries Inc. | 7100-000 | 3,861.60 | 3,861.60 | 3,861.60 | 0.00 |
| 12 | Norcold, Inc. | 7100-000 | 32,288.35 | 32,288.35 | 32,288.35 | 0.00 |
| 13 | Norcold, Inc. | 7100-000 | 22,560.14 | 22,560.14 | 22,560.14 | 0.00 |
| 20 | NTP Distribution - NTP Stag | 7100-000 | 96,323.15 | 96,323.15 | 96,323.15 | 0.00 |
| 4 | Portland General Electric (PGE) | 7100-000 | 176.21 | 288.35 | 288.35 | 0.00 |
| 18 | Pride Disposal Company | 7100-000 | 110.82 | 181.85 | 181.85 | 0.00 |
| 11 | Stephen B. Wishek | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 26 | US IP Communications | 7100-000 | 1,237.24 | 1,237.34 | 1,237.34 | 0.00 |
| 15 | Wells Fargo Comm. Distrib. Finance | 7100-000 | 64,024.23 | 105,066.71 | 105,066.71 | 0.00 |
| 30 | Fedex Corporate Services Inc. | 7200-000 | 25,277.25 | 30,895.21 | 30,895.21 | 0.00 |
| 27B | Franchise Tax Board | 7400-000 | NA | 26.74 | 26.74 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $1,276,351.85 | $842,487.57 | $842,487.57 | $0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

Page: 1

| Case No: | 18-11617 | BR | Judge: | Barry Russell | Trustee Name: | Brad D. Krasnoff |
| Case Name: | American Sport Trailer Company, Inc. | | | | Date Filed (f) or Converted (c): | 02/14/2018 (f) |
| | | | | | 341(a) Meeting Date: | 03/15/2018 |
| For Period Ending: | 03/22/2021 | | | | Claims Bar Date: | 10/26/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Bank of America<br><br>Last 4 digits of account number 9030 | 29.95 | 0.00 | | 0.00 | FA |
| 2.  Bank of America<br><br>Last 4 digits on account number 8992 | 0.00 | 0.00 | | 0.00 | FA |
| 3.  Banner Bank, account overdrawn<br><br>Last 4 digits of account number 0763 | 0.00 | 0.00 | | 0.00 | FA |
| 4.  Banner Bank<br><br>Last 4 digits of account number 0961 | 0.00 | 0.00 | | 0.00 | FA |
| 5.  Banner Bank<br><br>Last 4 digits of account number 1217 | 0.00 | 0.00 | | 0.00 | FA |
| 6.  Banner Bank<br><br>Last 4 digits of account number 1282 | 0.00 | 0.00 | | 0.00 | FA |
| 7.  Banner Bank<br><br>Last 4 digits of account number 0133 | 0.00 | 0.00 | | 0.00 | FA |
| 8.  California Bank & Trust<br><br>Last 4 digits of account number 5439 | 227.54 | 0.00 | | 0.00 | FA |
| 9.  Security Deposit with Landlord of Oregon premises | 2,500.00 | 0.00 | | 0.00 | FA |
| 10.  Trailer Deposits and Cutailments Paid | 901.15 | 0.00 | | 0.00 | FA |
| 11.  Endicia prepaid USPS postage expenses<br><br>to be refunded to account at California Bank & Trust | 719.89 | 0.00 | | 0.00 | FA |
| 12.  Accounts Receivable | 8,301.95 | 0.00 | | 0.00 | FA |
| 13.  Raw Materials | 4,766.42 | 0.00 | | 0.00 | FA |

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| Case No: | 18-11617 | BR | Judge: | Barry Russell | Trustee Name: | Brad D. Krasnoff |
|---|---|---|---|---|---|---|

Case Name:    American Sport Trailer Company, Inc.        Date Filed (f) or Converted (c):    02/14/2018 (f)

341(a) Meeting Date:    03/15/2018

For Period Ending:    03/22/2021        Claims Bar Date:    10/26/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14.  FInished Goods, including goods held for resale | 6,000.00 | 0.00 | | 0.00 | FA |
| 2014 27 FT. Exodus travel trailer manufactured by Debtor (at Oregon location) | | | | | |
| 15.  Other inventory or supplies inventory | 64,018.52 | 0.00 | | 0.00 | FA |
| Other inventory or supplies inventory | | | | | |
| 16.  Office Furniture | 400.00 | 0.00 | | 0.00 | FA |
| 17.  Desks (Stand Alone) | 3,915.00 | 0.00 | | 0.00 | FA |
| Desks Stand Alone (7), assembled steel desks, 10 work stations w/ shelves, chairs (26), filing cabinet fireproof 4 drawer (2), filing cabinet xw x 5h Hon Steel 4 door (2),filing cabinet 4w x 5h 4 drawer Hon Steel (4), filing cabinet 2 drawer (4), filing cabinet 4 drawer (2), conference table, round table (2), glass display case | | | | | |
| 18.  OFFICE EQUIPMENT | 18,870.00 | 0.00 | | 0.00 | FA |
| Office Equipment, including all computer and communication systems equipment and software, computers (42), monitors (54), Sonic Wall (firewall hardware) (2), printers (10), VOIP phone servers (2), network servers (5), wireless routers (2), network switches (8), phones (20), UPS battery back-up (5), scanners (5), shipping label printers (4), package scales (4) | | | | | |
| 19.  Computers | 600.00 | 0.00 | | 0.00 | FA |
| Computers (3), monitors (3), Sonic Wall (firewall hardware), printer, phones (3), UPS battery back up at Oregon location | | | | | |
| 20.  2015 Ford F-150 Super Duty truck | 22,475.00 | 9,711.75 | | 9,711.75 | FA |
| 17,643 miles (at Oregon location) | | | | | |
| 21.  2011 Chrysler 300 sedan | 15,000.00 | 8,000.00 | | 8,000.00 | FA |
| 29,872 miles | | | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 18-11617 | BR | Judge: | Barry Russell | Trustee Name: | Brad D. Krasnoff |
|---|---|---|---|---|---|---|

Case Name:     American Sport Trailer Company, Inc.

Date Filed (f) or Converted (c):     02/14/2018 (f)

341(a) Meeting Date:     03/15/2018

For Period Ending:   03/22/2021

Claims Bar Date:     10/26/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 22.  1968 Chevy 20 Truck<br><br>76,657 miles | 4,000.00 | 0.00 | OA | 0.00 | FA |
| 23.  2007 Chevy Silverado 2500 HD truck<br><br>149,207 miles | 6,675.00 | 0.00 | OA | 0.00 | FA |
| 24.  2010 Carson Open Carrier Trailer | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 25.  2015 8' 4 x 8 Single Axle Flatbed Eagle Trailer<br><br>at Oregon location | 800.00 | 0.00 | OA | 0.00 | FA |
| 26.  Catepillar NRR30 Electric Reach Truck Forklift<br><br>inoperable | 7,200.00 | 0.00 | | 0.00 | FA |
| 27.  Hyster 50 Propane Counterbalance Forklift<br><br>inoperable | 9,500.00 | 0.00 | | 0.00 | FA |
| 28.  Tool Box and misc tools<br><br>at Oregon location | 400.00 | 0.00 | | | FA |
| 29.  Misc Racks and Bins Purchased, Club Car Golf Cart 2003<br><br>Pallet jacks, pallet scale, 20 drawer tool box, misc tools, wire welder, slaughter HiPot Circuit Testerm 3 drum fans, air compressor, rolling step ladder 12',  rolling step ladder 8', panel saw, table saw, miter saw, refurb 2 part packing foam dispenser, approx 46 pallet rack uprights, approx. 50 pallet rack beams, approx 60 pallet rack wire decks | 10,930.00 | 0.00 | | 0.00 | FA |
| 30.  Trademarks: American RV Company | Unknown | 0.00 | | 0.00 | FA |
| 31.  Trademarks: American RV Company Reg. No. 4,779207 | Unknown | 0.00 | | 0.00 | FA |
| 32.  Internet Domain Names and Websites | Unknown | 0.00 | | 0.00 | FA |
| 33.  Ebay store | Unknown | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 18-11617 | BR | Judge: | Barry Russell | Trustee Name: | Brad D. Krasnoff |

| Case Name: | American Sport Trailer Company, Inc. | | | | Date Filed (f) or Converted (c): | 02/14/2018 (f) |
| | | | | | 341(a) Meeting Date: | 03/15/2018 |
| For Period Ending: | 03/22/2021 | | | | Claims Bar Date: | 10/26/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 34.  Licenses, franchises and royalties<br><br>SAP B1 software, 1 limited CRM license, 1 limited financials license, 15 limited logistics licenses, 6 professional licenses.<br><br>Valogix inventory planningt software, 5 user licenses. | Unknown | 0.00 | | 0.00 | FA |
| 35.  Customer Lists<br><br>Mailing lists, or other compiliations product catalogue, 91,000 items, 22,000 with descriptions, imaging and sourcing | Unknown | 0.00 | | 0.00 | FA |
| 36.  Customer Lists<br><br>197,501 customers with phone, billing and shipping addresses, email addresses | Unknown | 0.00 | | 0.00 | FA |
| 37.  Customer List<br><br>197,501 customers, phone, billing and shipping addresses, email addresses.  There will be some duplicates.  Estimate there are at lease 80,000 unique customers | Unknown | 0.00 | | 0.00 | FA |
| 38.  Other intangibles<br><br>or intellectual property Product Catalogue - 91,000 items.  The data is archived on 3dCart's Server.  It should be immediately protected 22,000 with descriptions, images and sourcing | Unknown | 0.00 | | 0.00 | FA |
| 39.  Integrated repricing models<br><br>formulas and automation.  Software, work product, expert required | Unknown | 0.00 | | 0.00 | FA |
| 40.  Goodwill<br><br>Google trusted store, 5 start customer rating, ebay top seller | Unknown | 0.00 | | 0.00 | FA |
| 41.  Refund of workers compensation premium payments<br><br>from AmTrust North Amreica follwoing audit of 2017 payroll | Unknown | 0.00 | | 0.00 | FA |

Page:    5

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 18-11617 | BR | Judge: | Barry Russell | Trustee Name: | Brad D. Krasnoff |
| Case Name: | American Sport Trailer Company, Inc. | | | | Date Filed (f) or Converted (c): | 02/14/2018 (f) |
| | | | | | 341(a) Meeting Date: | 03/15/2018 |
| For Period Ending: | 03/22/2021 | | | | Claims Bar Date: | 10/26/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 42.  INSURANCE PREMIUM REFUND (u)  Unscheduled asset (check from NFP Property & Casualty Services, Inc.) | Unknown | 309.60 | | 309.60 | FA |

|  |  | | Gross Value of Remaining Assets |
|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $189,230.42 | $18,021.35 | $18,021.35 | $0.00 |
| | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

**QUARTERLY REPORT FOR P.E. 9/30/20**
The Notice to Professionals and Request for Court Costs were filed on 7/10/20. The trustee is endeavoring to obtain clarification from the California EDD regarding one of its filed claims. The trustee currently anticipates submitting the TFR to the OUST in the 4th quarter 2020.

**QUARTERLY STATUS REPORT FOR P.E. 6/30/20**
Final returns have been submitted, and claims review has been completed.  The trustee currently anticipates filing a notice to professionals and request for Court costs in the 3rd quarter 2020.

*****************************************************************

**ANNUAL REPORT FOR P.E. 3/31/20**
The trustee received final estate returns from his accountants in or about January 2020.  The trustee then prepared a budget motion to pay FTB taxes of $1076, which order was entered on 2/21/20.  The final returns (along with the FTB payment) were returned to the accountants on 2/24/20.

******************************************************************

**QUARTERLY STATUS REPORT FOR THE P.E. 12/31/19**
The trustee has been informed that the final estate returns will be finalized either by the end of December 2019 or in January 2020.

*****************************************************************

**QUARTERLY STATUS REPORT FOR P.E. 9/30/19**
The Trustee's accountants are in the process of preparing estate returns.  It is currently anticipated that they will be completed in the 4th quarter of 2019.

*************************************************************

**QUARTERLY REPORT FOR THE P.E. 6/30/19**
The trustee has requested that accountants be retained to prepare estate tax returns.

*****************************************************************

**ANNUAL REPORT FOR P.E. 3/31/19**
The trustee has received funds from the administration of a 2015 Ford F-150 and a 2011 Chrysler 300 sedan (assets #20, 21).  It is currently unknown as to whether other administrable assets exist in this case.

******************************************************************

**QUARTERLY STATUS REPORT FOR P.E. 12/31/18**
It is currently unknown whether other administrable assets exist in the case.  If no viable avoiding claims exist, the trustee will conclude asset administration.

********************************************************

**QUARTERLY STATUS REPORT FOR P.E. 9/30/18**
The trustee has received funds from the disposition of a 2015 Ford F-150 (asset #20) which was foreclosed upon by a lienholder.  The trustee has received funds from the sale of the estate's equity interest in a 2011 Chrysler 300 Sedan (asset #21).  It is currently unknown as to whether other administrable assets exist in this case.

Initial Projected Date of Final Report (TFR): 02/14/2021        Current Projected Date of Final Report (TFR): 02/14/2021

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-11617  
Case Name: American Sport Trailer Company, Inc.

Trustee Name: Brad D. Krasnoff  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX9518  
GENERAL

Exhibit 9

Taxpayer ID No: XX-XXX1217  
For Period Ending: 03/22/2021

Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/12/18 | 20 | FORD MOTOR CREDIT COMPANY | NET PROCEEDS FROM SALE OF 2015 FORD F-150 TRUCK | 1129-000 | $9,711.75 | | $9,711.75 |
| 07/26/18 | 21 | INDECORP, LLC | 2011 CHRYSLER 300 SEDAN SALE PER NOTICE OF SALE FILED 7/25/18 AND PER CERT. OF SALE FILED 9/5/18 | 1129-000 | $8,000.00 | | $17,711.75 |
| 08/27/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $17,696.75 |
| 09/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.32 | $17,670.43 |
| 10/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.45 | $17,644.98 |
| 11/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.25 | $17,618.73 |
| 12/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.37 | $17,593.36 |
| 01/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.18 | $17,567.18 |
| 01/30/19 | 100001 | International Sureties LTD Suite 420 701 Poydras Street New Orleans, LA 70139 | TRUSTEE BOND PREMIUM, 1/4/19 TO 1/4/20, BOND #016030867, PER LBR 2016-2 (c) | 2300-000 | | $7.51 | $17,559.67 |
| 02/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.14 | $17,533.53 |
| 03/01/19 | 42 | NFP PROPERTY & CASUALTY SERVICES, INC. 1551 N. TUSTIN AVE., #500 SANTA ANA, CA 92705 | INSURANCE PREMIUM REFUND Unscheduled asset | 1229-000 | $309.60 | | $17,843.13 |
| 03/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.57 | $17,819.56 |

Page Subtotals:                $18,021.35        $201.79

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 18-11617 | | | | Trustee Name: Brad D. Krasnoff | | Exhibit 9 |
| Case Name: American Sport Trailer Company, Inc. | | | | Bank Name: Union Bank | | |
| | | | | Account Number/CD#: XXXXXX9518 | | |
| | | | | GENERAL | | |
| Taxpayer ID No: XX-XXX1217 | | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 03/22/2021 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/17/19 | 100002 | International Sureties LTD Suite 420 701 Poydras Street New Orleans, LA 70139 | Trustee Bond Increase Premium 1/4/19-1/4/20, Bond #016030867 Per LBR 2016-2 (c) | 2300-000 | | $1.10 | $17,818.46 |
| 04/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $26.45 | $17,792.01 |
| 05/15/19 | 100003 | International Sureties LTD Suite 420 701 Poydras Street New Orleans, LA 70139 | Trustee Bond Premium 1/4/19 - 1/4/20, Bond #016030867, Per LBR 2016-2(c) | 2300-000 | | $1.79 | $17,790.22 |
| 05/28/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $25.62 | $17,764.60 |
| 05/28/19 | 100004 | International Sureties LTD Suite 420 701 Poydras Street New Orleans, LA 70139 | Trustee Bond Premium 1/4/19 - 1/4/20, Bond #016030867, Per LBR 2016-2(c) ADDITIONAL | 2300-000 | | $0.28 | $17,764.32 |
| 06/18/19 | | Transfer to Acct # xxxxxx0263 | Transfer of Funds | 9999-000 | | $17,764.32 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $18,021.35 | $18,021.35 |
| Less: Bank Transfers/CD's | $0.00 | $17,764.32 |
| Subtotal | $18,021.35 | $257.03 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $18,021.35 | $257.03 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $17,819.56 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  18-11617

Case Name:  American Sport Trailer Company, Inc.

Trustee Name:  Brad D. Krasnoff

Bank Name:  Axos Bank

Account Number/CD#:  XXXXXX0263

Checking

Taxpayer ID No:  XX-XXX1217

Blanket Bond (per case limit):  $5,000,000.00

For Period Ending:  03/22/2021

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/18/19 |  | Transfer from Acct # xxxxxx9518 | Transfer of Funds | 9999-000 | $17,764.32 |  | $17,764.32 |
| 01/22/20 | 2001 | International Sureties LTD Suite 420 701 Poydras Street New Orleans, LA  70139 | Trustee Bond Premium 1/4/20- 1/4/21, Bond #016030867 Per LBR 2016-2(c) | 2300-000 |  | $8.86 | $17,755.46 |
| 02/24/20 | 2002 | Franchise Tax Board Bankruptcy, BE MS A345 PO Box 2952 Sacramento, CA  95812-2952 | ADMINISTRATIVE TAXES FOR 2018 ESTATE'S FINAL TAX RETURNS PER ORDER ENTERED 2/21/20 | 2820-000 |  | $1,076.00 | $16,679.46 |
| 01/07/21 | 2003 | Brad D. Krasnoff 1901 Avenue of the Stars, Suite 450 Los Angeles, CA  90067-6006 | TRUSTEE FEES (FINAL) PER ORDER ENTERED 1/6/21. | 2100-000 |  | $2,552.14 | $14,127.32 |
| 01/07/21 | 2004 | Brad D. Krasnoff 1901 Avenue of the Stars, Suite 450 Los Angeles, CA  90067-6006 | TRUSTEE EXPENSES (FINAL) PER ORDER ENTERED 1/6/21. | 2200-000 |  | $413.82 | $13,713.50 |
| 01/07/21 | 2005 | Franchise Tax Board (Administrative) Bankruptcy Section MS A340 PO Box 2952 Sacramento, CA 95812-2952 | First and final distribution to claim 28 creditor account # representing a payment of 100.00 % per court order entered 1/6/21. | 2820-000 |  | $2,721.47 | $10,992.03 |
| 01/07/21 | 2006 | Grobstein Teeple LLP 6300 Canoga Avenue, Ste. 1500W Woodland Hills, CA  91367 | ACCOUNTANT FOR TRUSTEE FEES (FINAL) PER ORDER ENTERED 1/6/21. | 3410-000 |  | $6,554.00 | $4,438.03 |
| 01/07/21 | 2007 | Grobstein Teeple LLP 6300 Canoga Avenue, Ste. 1500W Woodland Hills, CA  91367 | ACCOUNTANT FOR TRUSTEE EXPENSES (FINAL) PER ORDER ENTERED 1/6/21. | 3420-000 |  | $56.47 | $4,381.56 |
| 01/07/21 | 2008 | Employment Development Department Bankruptcy Group MIC 92E PO Box 826880 Sacramento, CA  95814 | First and final distribution to claim 24 creditor account # representing a payment of 43.13 % per court order entered 1/6/21. | 5300-000 |  | $3,217.15 | $1,164.41 |
| 01/07/21 | 2009 | ODR Bkcy 955 Center Street NE Salem, OR 97301-2555 | First and final distribution to claim 6 creditor account # representing a payment of 43.13 % per court order entered 1/6/21. | 5800-000 |  | $129.38 | $1,035.03 |

Page Subtotals:                    $17,764.32        $16,729.29

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 18-11617 | | Trustee Name: | Brad D. Krasnoff |
| Case Name: | American Sport Trailer Company, Inc. | | Bank Name: | Axos Bank |
| | | | Account Number/CD#: | XXXXXX0263 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX1217 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/22/2021 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/07/21 | 2010 | Franchise Tax Board Bankruptcy Section MS A340 PO Box 2952 Sacramento, CA 95812-2952 | First and final distribution to claim 27 creditor account # representing a payment of 43.13 % per court order entered 1/6/21. | 5800-000 | | $1,035.03 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $17,764.32 | $17,764.32 |
| Less: Bank Transfers/CD's | | $17,764.32 | $0.00 |
| Subtotal | | $0.00 | $17,764.32 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $0.00 | $17,764.32 |

Page Subtotals:     $0.00     $1,035.03

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0263 - Checking | $0.00 | $17,764.32 | $0.00 |
| XXXXXX9518 - GENERAL | $18,021.35 | $257.03 | $0.00 |
| | $18,021.35 | $18,021.35 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $18,021.35 |
| Total Gross Receipts: | $18,021.35 |